1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  TREVOR RUSIN  (CABN 241940)
   Special Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, CA 94612
        Telephone: (510) 637-3695
7       Fax: (510) 637-3724
        E-Mail: trevor.rusin@usdoj.gov
8

9  Attorneys for the United States of America

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,        )   No. CR 10-00525 SBA
14                                  )
                                    )
15      v.                          )   [PROPOSED] ORDER EXCLUDING
                                    )   TIME FROM JULY 14, 2010, TO
16 RODEL MILLANES,                  )   SEPTEMBER 14, 2010, FROM SPEEDY
                                    )   TRIAL ACT CALCULATION (18 U.S.C. §
17                                  )   3161(h)(7)(A) AND(B))
        Defendant.                  )
18                                  )
                                    )
19 _____

20         For the reasons stated in open court and to which the parties stipulated on July 14,

21 2010, the Court ordered time excluded under the Speedy Trial Act from July 14, 2010, to

22 September 14, 2010, for continuity of counsel and to allow defense counsel time to investigate

23 the matter and additional legal issues.  The Court found that (A) failure to grant the continuance

24 would unreasonably deny the defendant the reasonable time necessary for effective preparation

25 and review of discovery, taking into account the exercise of due diligence, and (B) the ends of

26

27 //

28 //

[*United States* v. *Millanes*, CR 10-00525-SBA]
[Order Excluding Time]

1  justice served by the continuance outweigh the best interests of the public and the defendant in a
2  speedy trial.  See 18 U.S.C. § 3161(h)(1)(7)(A) & (B)(iv).

3
4          IT IS SO ORDERED.

5
6  DATED: July 16, 2010

    _____
7                                    LAUREL BEELER
                                     United States Magistrate Judge

[*United States* v. *Millanes*, CR 10-00525-SBA]
[Order Excluding Time]