1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone:  (510) 637-3500
5
   Counsel for Defendant MILLANES
6

7

8                 IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )    No. CR 10-00525 SBA
                                     )
12               Plaintiff,          )    [PROPOSED] ORDER
                                     )
13  vs.                              )
                                     )
14  RODEL MILLANES,                  )
                                     )
15               Defendant.          )
    _____)
16

17

18                              **ORDER**

19      GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS

20  HEREBY ORDERED that the status date in this case, currently scheduled for September 14,

21  2010, before the Honorable Saundra Brown Armstrong, is VACATED and RESET to September

22  28, 2010, at 9:00 a.m.

23      IT IS FURTHER ORDERED that the time from September 14, 2010 to September 28,

24  2010, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C.

25  §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends

26  of justice served by the granting of the continuance outweigh the best interests of the public and

*U.S. v. Millanes*, CR 10-525 SBA
[Proposed] Order                          1

1    the defendant in a speedy and public trial and the failure to grant the requested continuance

2    would unreasonably deny counsel the reasonable time necessary for effective preparation, taking

3    into account due diligence, given the need for the parties to conduct investigation and the need

4    for the defense to conduct legal research.

5          SO ORDERED.

6

7    DATED:9/10/10                                    _____
                                                      SAUNDRA BROWN ARMSTRONG
8                                                     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*U.S. v. Millanes*, CR 10-525 SBA
[Proposed] Order                          2