1  BARRY J. PORTMAN
   Federal Public Defender
2  COLLEEN MARTIN
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant MILLANES
6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,       )   No. CR 10-00525 SBA
                                     )
12 |           Plaintiff,             )   STIPULATION AND [PROPOSED]
                                     )   ORDER MODIFYING BOND
13 | vs.                              )   CONDITIONS
                                     )
14 | RODEL MILLANES,                  )
                                     )
15 |           Defendant.             )
   |_____)
16
          Mr. Millanes is charged in a one-count indictment with a violation of 18 U.S.C. 1038(a)
17
   – False Information and Hoaxes.  Mr. Millanes was released on a $50,000 unsecured bond
18
   signed by Mr. Millenas' mother, Delia Millanes, to the supervision of Pretrial Services on July
19
   14, 2010. Mr. Millanes' release conditions include that he is on electronic monitoring, and that
20
   he is in the custody of his mother.   The parties stipulate and agree to the following modification
21
   of Mr. Millanes' conditions:
22
          Mr. Millanes may leave home to attend religious services for the Christmas
23
          holidays on Christmas Eve and/or Christmas Day as directed by Pretrial Services.
24
          Mr. Millanes may also leave his home to attend religious services every Sunday
25
          from 11:30 a.m. to 2:00 p.m.
26

*U.S. v. Rodel Millanes*, CR 10-525 SBA
Stipulation                                        1

1    Counsel for Mr. Millanes has spoken with Pretrial Services Officer Rich Sarlotte, who is
2 agreeable to the modification.  Counsel for Mr. Millanes has also spoken with Mr. Millanes'
3 mother and custodian, Delia Millanes, who is likewise agreeable to the modification of Mr.
4 Millanes' release conditions.
5    The parties therefore respectfully request that the Court modify Mr. Millanes' release
6 conditions to allow him to attend religious services.

8  DATED:    December 15, 2010         /S/
                                        TREVOR RUSIN
9                                       Special Assistant United States Attorney

10 DATED:    December 15, 2010         /S/
                                        COLLEEN MARTIN
11                                      Assistant Federal Public Defender

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that in addition to all conditions set forth in the Order Setting Conditions of Release and Appearance Bond entered July 14, 2010, defendant Rodel Millanes may leave home to attend religious services for the Christmas holidays on Christmas Eve and/or Christmas Day as directed by Pretrial Services.  Mr. Millanes may also leave his home to attend religious services every Sunday from 11:30 am to 2:00 p.m. or as directed by Pretrial Services.

SO ORDERED.

DATED: December 16, 2010

LAUREL BEELER
United States MagistrateJudge

*U.S. v. Rodel Millanes*, CR 10-525 SBA
Stipulation                                2