BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MILLANES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-00525 SBA |
| ) | |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER |
| ) | |
| vs. ) | |
| ) | Date: January 13, 2011 |
| RODEL MILLANES, ) | Time: 9:30 a.m. |
| ) | Courtroom: 4 |
| Defendant. ) | |
| _____ ) | |

The above-captioned matter is set on January 13, 2011 before the duty magistrate judge for a change of plea. The parties jointly request that this Court continue the matter to January 20, 2011, at 9:30 a.m. before the duty magistrate judge for a change of plea. The parties further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between January 13, 2011 and January 20, 2011.

Mr. Millanes is charged in a one-count indictment with a violation of 18 U.S.C. 1038(a) – False Information and Hoaxes. He has not yet made his initial appearance before the district court. The status of the matter is that the government has provided the defense with discovery, and both the defense and the government are conducting investigation. In addition, the defense is performing legal research on issues relating to the charged offense in order to effectively prepare

1  this case.

2  The requested continuance will allow the parties time to perform investigation and will
3  permit the defense time to complete the necessary legal research.  The failure to grant such a
4  continuance would unreasonably deny counsel the reasonable time necessary for effective
5  preparation, taking into account the exercise of due diligence.

6  The parties further stipulate and agree that the time between January 13, 2011 and
7  January 20, 2011. should be excluded in accordance with the provisions of the Speedy Trial Act,
8  18 U.S.C. §§ 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action
9  which outweigh the best interest of the public and the defendant in a speedy trial and also under
10 18 U.S.C. § 3161(h)(7)(B)(iv) for effective preparation of counsel, taking into account the
11 exercise of due diligence.

12
13 DATED:      January 12, 2011          _____/S/_____
                                         TREVOR RUSIN
14                                       Special Assistant United States Attorney

15
   DATED:      January 12, 2011          _____/S/_____
16                                       COLLEEN MARTIN
                                         Assistant Federal Public Defender
17

18  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
19  within this e-filed document.          /S/ COLLEEN MARTIN

20

21                                  **ORDER**

22  GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS
23 HEREBY ORDERED that the status date in this case, currently scheduled for January 13, 2011,
24 before the duty magistrate judge  is VACATED and RESET to January 20, 2011, at 9:30 a.m.
25 for a status or change of plea before the duty magistrate judge.
26  IT IS FURTHER ORDERED that the time from January 13, 2011, to January 20, 2011,

1  should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§
2  3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of
3  justice served by the granting of the continuance outweigh the best interests of the public and the
4  defendant in a speedy and public trial and the failure to grant the requested continuance would
5  unreasonably deny counsel the reasonable time necessary for effective preparation, taking into
6  account due diligence, given the need for the parties to conduct investigation and the need for the
7  defense to conduct legal research.

8          SO ORDERED.

10  DATED:  1/13/11

                                                    _____
11                                                  DONNA M. RYU
                                                    United States Magistrate Judge