BARRY J. PORTMAN
Federal Public Defender
COLLEEN MARTIN
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant MILLANES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RODEL MILLANES, )<br>)<br>Defendant. )<br>_____ ) | No. CR 10-00525 SBA<br><br>STIPULATION AND [PROPOSED] ORDER<br><br>Date: January 20, 2011<br>Time: 9:30 a.m.<br>Courtroom: 4 |

The above-captioned matter is set on January 20, 2011 before the Honorable Donna M. Ryu for a change of plea. The parties jointly request that this Court continue the matter to January 27, 2011, at 2:00 p.m. for a change of plea. The parties further request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), between January 20, 2011 and January 27, 2011.

Mr. Millanes is charged in a one-count indictment with a violation of 18 U.S.C. 1038(a) – False Information and Hoaxes. He has not yet made his initial appearance before the district court. The status of the matter is that the government has provided the defense with discovery, and both the defense and the government are conducting investigation. In addition, the defense is performing legal research on issues relating to the charged offense in order to effectively prepare

this case.  Finally, the parties anticipate a plea agreement, but the agreement is not yet finalized.

The requested continuance will allow the parties time to perform investigation, will permit the defense time to complete the necessary legal research, and will permit the parties to finalize their plea agreement.  The failure to grant such a continuance would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The parties further stipulate and agree that the time between January 20, 2011 and January 27, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), on the basis that the ends of justice are served by taking such action which outweigh the best interest of the public and the defendant in a speedy trial and also under 18 U.S.C. § 3161(h)(7)(B)(iv) for effective preparation of counsel, taking into account the exercise of due diligence.

DATED: January 19, 2011  _____/S/_____
TREVOR RUSIN
Special Assistant United States Attorney

DATED: January 19, 2011  _____/S/_____
COLLEEN MARTIN
Assistant Federal Public Defender

## ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for January 20, 2011, before the duty magistrate judge is VACATED and RESET to January 27, 2011, at 2:00 p.m. for a status or change of plea before the duty magistrate judge.

IT IS FURTHER ORDERED that the time from January 20, 2011, to January 27, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for adequate preparation of counsel.  The Court finds that the ends of

U.S. v. Millanes, CR 10-525 SBA
Stipulation and [Proposed] Order                    2

1 justice served by the granting of the continuance outweigh the best interests of the public and the
2 defendant in a speedy and public trial and the failure to grant the requested continuance would
3 unreasonably deny counsel the reasonable time necessary for effective preparation, taking into
4 account due diligence, given the need for the parties to conduct investigation and the need for the
5 defense to conduct legal research.
6      SO ORDERED.

8 DATED: 1/19/11

DONNA M. RYU
United States Magistrate Judge